UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
T.S.,
                           Plaintiff,

              -against-                      21 Civ. 2902 (LGS)

                                    ORDER
CITY OF NEW YORK, et al.,
                         Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated May 24, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is currently scheduled for August 12, 2021, at 10:50 a.m.;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

    **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **August 9, 2021**, at **noon**. If the parties jointly agree that discovery is not necessary, they shall propose a joint briefing schedule for any dispositive motions.

Dated: August 6, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE