UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
T.S.,
                              Plaintiff,                21 Civ. 2902 (LGS)

        -against-                              ORDER

CITY OF NEW YORK, et al.,
                             Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated August 6, 2021, required the parties to file a joint letter and proposed case management plan as soon as possible and no later than August 9, 2021, at noon.

       WHEREAS, no party filed a status letter by August 9, 2021, at noon.  It is hereby

       **ORDERED** that the parties shall comply with the August 6, 2021, Order as soon as possible and no later than **August 10, 2021, at noon**.  Failure to comply with this Order may result in sanctions, including dismissal with prejudice for failure to prosecute.

Dated: August 9, 2021
       New York, New York

                                                  LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE