```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  T.S.,                                                     :
                                      Plaintiff,            :
                                                            :         21 Civ. 2902 (LGS)
              -against-                                     :
                                                            :              ORDER
  CITY OF NEW YORK, et al.,                                 :
                                      Defendants.           :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 2, 2021, Plaintiff filed a letter requesting that this case be reopened so a stipulation of dismissal could be filed (Dkt. No. 25);

WHEREAS, the case was reopened on September 3, 2021;

WHEREAS, no stipulation of dismissal has been filed.  It is hereby

**ORDERED** that, by **September 27, 2021**, the parties shall submit the stipulation of dismissal.

Dated: September 20, 2021
       New York, New York

                                          **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**